# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERTA CARTAGENA,<br><br>                    Plaintiff,<br><br>        v.<br><br>AFP/1 LLC, AITCHISON III, LLC,<br><br>                    Defendants. | **Case No. 1:16-cv-00934-EPG**<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL**<br><br>(ECF No. 14) |

On October 7, 2016, Plaintiff submitted a Notice of Voluntary Dismissal to the Court. (ECF No. 14.) Accordingly, the instant matter is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

   Dated:   **October 11, 2016**                     /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

1